**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **LORI KLINE** | § | |
| | § | |
| *Plaintiff,* | § | **W-24-CV-00119-ADA** |
| | § | |
| *v.* | § | |
| | § | |
| **ALLSTATE VEHICLE &** | § | |
| **PROPERTY INSURANCE** | § | |
| **COMPANY** | | |
| | | |
| *Defendant.* | | |

### ORDER VACATING REFERRAL ORDER

The referral of this case to Magistrate Judge Derek T. Gilliland is hereby vacated.

SIGNED this 20th day of February, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE