## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **LORI KLINE,** § | |
| *Plaintiff,* § | |
| § | |
| § | |
| v. § | CIVIL ACTION 6:24-CV-119 |
| § | |
| § | |
| **ALLSTATE VEHICLE &** § | |
| **PROPERTY INSURANCE** § | |
| **COMPANY,** § | |
| *Defendant,* § | |

## CERTIFICATE OF CONFERENCE

On March 11, 2025, the undersigned counsel for Plaintiff contacted Defendant's counsel via email correspondence to confer as to the Motion for Leave to file Amended Complaint (Dkt.25). Defendant indicated that they are opposed to the motion.

*/s/ Eric Dick*_____

Eric B. Dick
TBN: 24064316
FIN: 1082959
**DICK LAW FIRM, PLLC**
3701 Brookwoods Drive
Houston, Texas 77092
(844) 447-3234 - Office & Facsimile
eric@dicklawfirm.com
www.dicklawfirm.com
**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that on this day, March 12, 2025, I caused a true and correct copy of the foregoing pleading to be served on at least the below in compliance with the Federal Rules of Civil Procedure.

1. Michael Maus
2. Layla Morgan- DallasLegal@allstate.com

                                                          ***/s/Eric Dick***

                                                          Eric Dick